UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TRAVIS WOODS,

                **Plaintiff,**

    v.

CITY LIQUORS OF UTICA, INC. and
ETON CENTERS CO., LLC,

                **Defendants.**

---

ETON CENTERS CO., LLC,

                **Third-Party Plaintiff,**

    v.

PRICE CHOPPER OPERATING CO., INC.,

                **Third-Party Defendant.**

CORPORATE DISCLOSURE STATEMENT

CIVIL ACTION NO.:
6:18-CV-1398-MAD-TWD

---

    Third-Party Defendant Price Chopper Operating Co., Inc., by and through its attorneys, Harter Secrest & Emery LLP, as and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

    Price Chopper Operating Co., Inc.'s only parent corporation is The Golub Corporation. No publicly traded company owns 10% or more of Price Chopper Operating Co., Inc.

| | |
|---|---|
| DATED:    April 2, 2019 | /s/ Robert C. Weissflach, Esq.<br>Bar No.: 507864<br>Harter Secrest & Emery LLP<br>*Attorneys for Third-Party Defendant*<br>*Price Chopper Operating Co., Inc.*<br>50 Fountain Plaza, Suite 1000<br>Buffalo, New York 14202<br>Telephone: (716) 844-3707<br>Facsimile: (716) 853-1617<br>Email: rweissflach@hselaw.com |